IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES ENGLISH, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. 3:23−cv−00086 |
| FREEDOM MORTGAGE § | |
| CORPORATION, § | |
| § | |
| Defendant. § | |

**DEFENDANT FREEDOM MORTGAGE CORPORATION'S
REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Defendant Freedom Mortgage Corporation ("Freedom" or "Defendant") files this its *Reply in Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* and respectfully shows as follows:

**A.   Plaintiff failed to respond to Defendant's arguments and still hasn't provided any claims or facts sufficient to support any claims in his Amended Complaint.**

1. As stated in Defendant's *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)*, Plaintiff's claims fail as he has not provided a short and plain statement of the claims showing that he is entitled to relief (*See* ECF Docket No. 16 at § III(a).) and even when Plaintiff has provided some language that might indicate he is making a claim, he hasn't plead sufficient facts to support any claims. (*Id.* at § III(b) and (c).) Plaintiff's letter that he filed with the subject line "Refutation of Dismissal Motion – Case No. 3:23-CV-00086" does nothing to make any of Plaintiff's purported claims any clearer. (See ECF Docket No. 20 generally.)

2. Plaintiff continues to reference Texas Constitution art. XVI § 50(a)(6), mentions that it governs home-equity loans, but doesn't show how this applies to the current situation where the loan in question is not a home-equity loan. (*See id.*)

3. Plaintiff goes on to restate several pieces of information that he included in his Amended Complaint, but again fails to provide any argument as to what his claims are or how Defendant is liable. (*See id.*)

4. Defendant reiterates its arguments in its *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)*. Without some clearer indication as to what Plaintiff's allegations are, Defendant is unable to properly respond.

5. Plaintiff fails to state a claim upon which relief may be granted and, as such, all of his claims fail and should be dismissed.

## PRAYER

For these reasons, Defendant Freedom Mortgage Corporation respectfully prays that all of Plaintiff's claims against it in this case be dismissed with prejudice and that the Court grant it all other relief to which it may be entitled.

Respectfully submitted,

*/s/ Bradley Conway*
**Bradley Conway**
Texas Bar No. 24055340
bconway@mgs-legal.com
**Dustin George**
Texas Bar No. 24065287
dgeorge@mgs-legal.com
**MILLER, GEORGE & SUGGS, PLLC**
6080 Tennyson Pkwy., Ste. 100
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507

*Attorneys for Defendant Freedom Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2023, a true and correct copy of the foregoing was served via ECF service and first class mail on the following:

**James English**
17111 Dewberry Ln
Rosharon, TX 77583
jamesenglishjr@gmail.com
*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bradley Conway*
　　　　　　　　　　　　　　　　　　　　　　　　**BRADLEY CONWAY**