United States District Court
Southern District of Texas

**ENTERED**

September 08, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JAMES ENGLISH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-86 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the court's order adopting the magistrate judge's memorandum and recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.Signed on Galveston Island this 8th day of Sept2023

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE